UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Matthew Hunt,

        Plaintiff,        Case No. 15-cv-13415

v.        Judith E. Levy
        United States District Judge

The Lightstone Group, d/b/a
Scotsdale Apartments,        Mag. Judge David R. Grand

        Defendant.

_____/

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court on the stipulation of the parties, and the Court being fully apprised of its premises,

It is hereby ORDERED that plaintiff's claims against defendant are dismissed with prejudice and without costs. This is a final order and closes the case.

IT IS SO ORDERED.

Dated: February 8, 2017        s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
        United States District Judge

## STIPULATION FOR DISMISSAL

The parties, through their counsel, agree that an Order may enter in the form attached to this Stipulation dismissing Plaintiff's claims against Defendant with prejudice and without cost.

/s/ Kenneth D. Finegood_____  /s/ Robert B. Holt
 KENNETH D. FINEGOOD (P36170)   ROBERT B. HOLT, JR. (P31417)
 Attorney for Plaintiff        Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 8, 2017.

                                          s/Felicia M. Moses
                                          FELICIA M. MOSES
                                          Case Manager